| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:11-cr-419-MMD-PAL |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:13-00254-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Trevor Sean Mesnik<br>Watertown, TN | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Miranda M. Du | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/11/13 — TO 2/10/18 |

**OFFENSE**

18 USC §1349 Conspiracy to Commit Wire Fraud

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 28, 2013

Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-9-13

Effective Date                                United States District Judge